IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

JOHN PULASKY,

          Plaintiff(s),          CV-07-32-BLG-RFC-CSO

-vs

AU OPTRONICS CORP., et al.,

          Defendant(s).

## NOTIFICATION OF ASSIGNMENT
## TO UNITED STATES MAGISTRATE JUDGE

    YOU ARE HEREBY NOTIFIED that a United States Magistrate Judge for the District of Montana has been designated to exercise jurisdiction over this case pursuant to 28 U.S.C. § 636(c).

    You are free to withhold consent to the magistrate judge's exercise of jurisdiction over this case without adverse substantive consequences. However, the withholding of consent may have the adverse procedural consequence of a potential delay in trial due to speedy trial considerations in criminal cases. In accord with Rule 73(b), Federal Rules of Civil Procedure, neither the Article III judge nor the magistrate judge will be informed of your response to this notification, unless all parties have consented to the assignment of the case to the magistrate judge.

    YOU ARE DIRECTED to return the enclosed consent form to the Clerk of Court no later than 30 days from the date of notification, indicating on the form whether you **do** or **do not** consent to the magistrate judge's exercise of jurisdiction over this case. In the event you do not consent, an Article III judge will be reassigned jurisdiction of the case.

    DATED: MARCH 14, 2007

                                                     PATRICK E. DUFFY, CLERK
                                                     United States District Court

    ACTION REQUIRED

                                                     /s/ Heather M. McLean
                                                     Heather M. McLean, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

JOHN PULASKY,
        Plaintiff(s),        CV-07-32-BLG-RFC-CSO

-vs

AU OPTRONICS CORP., et al.,
        Defendant(s).

**CONSENT TO EXERCISE OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636( c) and Rule 73, Fed.R.Civ.P., the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all proceedings in the case, including trial, entry of judgment, and post-judgment proceedings.

| Signature | Party Represented | Date |
|---|---|---|
| | (please list **each** party represented) | |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Note: Any appeal shall be taken to the United States Court of Appeals for the Ninth Circuit, in accordance with 28 U.S.C. § 636( c) and Rule 73, Fed. R. Civ. P.

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

_____  _____  _____

ACTION   REQUIRED