Thomas E. Towe, Esq.
Towe, Ball, Enright, Mackey,
  & Sommerfeld, PLLP
2525 Sixth Avenue North
P. O. Box 30457
Billings, MT 59107-0457
(406) 248-7337
(406) 248-2647-Fax

Attorneys for Plaintiff.

## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JOHN PUASKY, on behalf of himself and all other similarly situated in Montana,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORP., et al..<br><br>Defendants. | Cause No. CV-07-32-RFC-CSO<br><br><br>**SUMMONS** |

TO:  **SAMSUNG ELECTRONICS AMERICA**
     **c/o DONG-JIM OH**
     **105 CHALLENGER RD**
     **RIDGEFIELD PARK, NJ 07660**

YOU ARE HEREBY SUMMONED and required to serve on Plaintiff's Attorney, above named, an answer to the Complaint which is served on you with a copy of the Summons, within 60 days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court.

WITNESS my hand and the seal of this Court this _22ND_ day of March, 2007.

CLERK OF THE U.S. DISTRICT COURT

BY _____
   Deputy Clerk

```
 1 │ Thomas E. Towe, Esq.
   │ Towe, Ball, Enright, Mackey,
 2 │    & Sommerfeld, PLLP
   │ 2525 Sixth Avenue North
 3 │ P. O. Box 30457
   │ Billings, MT 59107-0457
 4 │ (406) 248-7337
   │ (406) 248-2647-Fax
 5 │
   │ Attorneys for Plaintiff.
 6 │
 7 │
 8 │            IN THE UNITED STATED DISTRICT COURT
   │                FOR THE DISTRICT OF MONTANA
 9 │                       BILLINGS DIVISION
```

| | |
|---|---|
| JOHN PUASKY, on behalf of himself and all other similarly situated in Montana,<br><br>    Plaintiff,<br><br>    vs.<br><br>AU OPTRONICS CORP., et al..<br><br>    Defendants. | Cause No. CV-07-32-RFC-CSO<br><br><br><br>NOTICE OF ACKNOWLEDGMENT OF SERVICE OF SUMMONS AND COMPLAINT PURSUANT TO RULE 4(c)(2)(C)(ii) |

TO:  **SAMSUNG ELECTRONICS AMERICA**
     **c/o DONG-JIM OH**
     **105 CHALLENGER RD**
     **RIDGEFIELD PARK, NJ 07660**

The enclosed Summons and Complaint, together with a pre-addressed, postage prepaid return envelope, are served pursuant to Rule (4)(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 60 days. If you do not complete and return the form to the sender within 60 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must

Page 1 of 2

indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the Complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on the ~~20th~~ day of ~~March~~ April 2007.

DATED this ~~20th~~ day of ~~March~~ April 2007.

TOWE, BALL, ENRIGHT, MACKEY & SOMMERFELD

By _Thomas E. Towe_
THOMAS E. TOWE
Counsel for Plaintiffs

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare and acknowledge, under penalty of perjury, that I received a copy of the Summons and of the Complaint in the foregoing matter at the following address:

_105 Challenger Rd_
_Ridgefield Park, NJ 07660_.

DATED this _24th_ day of _April_, 2007.

_Bryan S. Hopkins_
Signature

_General Counsel_
Relationship to Entity/Authority
to Receive Service of Process

Page 2 of 2