Thomas E. Towe, Esq.
Towe, Ball, Enright, Mackey,
 & Sommerfeld, PLLP
2525 Sixth Avenue North
P. O. Box 30457
Billings, MT 59107-0457
(406) 248-7337
(406) 248-2647-Fax

Attorneys for Plaintiff.

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN PUASKY, on behalf of himself and all other similarly situated in Montana,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORP., et al..<br><br>Defendants. | Cause No. CV-07-32-RFC-CSO<br><br><br><br>**SUMMONS** |

TO:   **SYNTAX-BRILLAN CORP**
      **c/o VINCENT F. SOLLITTO, JR.**
      **1600 N. DESERT DRIVE**
      **TEMPE, AZ 85281**

YOU ARE HEREBY SUMMONED and required to serve on Plaintiff's Attorney, above named, an answer to the Complaint which is served on you with a copy of the Summons, within 60 days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court.

WITNESS my hand and the seal of this Court this _22ND_ day of March, 2007.

CLERK OF THE U.S. DISTRICT COURT

BY _____
   Deputy Clerk

Thomas E. Towe, Esq.
Towe, Ball, Enright, Mackey,
 & Sommerfeld, PLLP
2525 Sixth Avenue North
P. O. Box 30457
Billings, MT 59107-0457
(406) 248-7337
(406) 248-2647-Fax

Attorneys for Plaintiff.

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN PUASKY, on behalf of himself and all other similarly situated in Montana,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORP., et al.,<br><br>Defendants. | Cause No. CV-07-32-RFC-CSO<br><br>NOTICE OF ACKNOWLEDGMENT OF SERVICE OF SUMMONS AND COMPLAINT PURSUANT TO RULE 4(c)(2)(C)(ii) |

TO: **SYNTAX-BRILLIAN CORP**
**c/o VINCENT F. SOLLITTO, JR.**
**1600 N. DESERT DRIVE**
**TEMPE, AZ 85281**

The enclosed Summons and Complaint, together with a pre-addressed, postage prepaid return envelope, are served pursuant to Rule (4)(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 60 days. If you do not complete and return the form to the sender within 60 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must

Page 1 of 2

indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the Complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on the ___20___ day of ~~March~~ April 2007.

DATED this ___20___ day of ~~March~~ April, 2007.

TOWE, BALL, ENRIGHT, MACKEY & SOMMERFELD

By _____
THOMAS E. TOWE
Counsel for Plaintiffs

---

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare and acknowledge, under penalty of perjury, that I received a copy of the Summons and of the Complaint in the foregoing matter at the following address:

1880 Century Park East, Suite 300

Los Angeles, CA 90067

DATED this __24th__ day of __April__, 2007.

_____
Signature
Richard E. Haskin, Tyre Kamins Katz & Granof,
Attorneys for Syntax-Brillian Corp.
Relationship to Entity/Authority
to Receive Service of Process

Page 2 of 2