Thomas E. Towe, Esq.
Towe, Ball, Enright, Mackey,
& Sommerfeld, PLLP
2525 Sixth Avenue North
P. O. Box 30457
Billings, MT 59107-0457
(406) 248-7337
(406) 248-2647-Fax

Attorneys for Plaintiff.

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN PULASKY, on behalf of himself and all other similarly situated in Montana,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORP., et al.,<br><br>Defendants. | Cause No. CV-07-32-RFC-CSO<br><br>**MOTION TO DISMISS SONY CORPORATION, SONY CORPORATION OF AMERICA, & SONY ELECTRONICS, INC. FROM THE CASE** |

COMES NOW THE PLAINTIFF, JOHN PULASKY, and moves the Court to dismiss Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc. as Defendants in the above-entitled case. The Plaintiff has stipulated with these three Defendants that these three Defendants may be dismissed without prejudice and that they have no further responsibility regarding this lawsuit.

DATED this 3rd day of May 2007.

TOWE, BALL, ENRIGHT, MACKEY
& SOMMERFELD

By: /s/ Thomas E. Towe
**THOMAS E. TOWE, ESQ.**
Towe, Ball, Enright, Mackey,
& Sommerfeld, PLLP



P. O. Box 30457
Billings, MT 59107-0457
(406) 248-7337/Fax-248-2647
towe@tbems.com
*Attorney for Plaintiffs.*
By /s/ Thomas E. Towe, Esq.
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on the 3rd day of May 2007, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1 | CM/ECF |
| | Hand Delivery |
| 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22 | Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1. Clerk, U.S. District Court

2. Au Optronics Corp, America
C/O CT Corporation System, Registered Agent
818 - W 7th Street
Los Angeles, CA 90017

3. Chi Mei Optoelectronics USA, Inc.
C/O Junichi Ishll, Registered Agent
56 Wallace Drive
San Jose, CA 95120

4. Epson America, Inc.
C/O Naoyuki Akikusa
3840 Kilroy Airport Way
Long Beach, CA 90806

5. Epson Electronics America, Inc.

C/O Craig Hodowski
2580 Orchard Parkway
San Jose, CA 95131

6. Hitachi America, Ltd.
C/O Masahide Tanigaki, CEO
2000 Sierra Point Parkway
Brisbane, CA 94005

7. LG Philips LCD America, Inc.
C/O Y Jun
150 East Brokaw Road
San Jose, CA 95112

8. Matsushita Electric Industrial Co, Ltd.
C/O Fumio Ohtsubo
1 Rockefeller Plaza, Ste 1001
New York, NY 10020

9. Matsushita Electric & Electronics USA, Inc.
C/O Akira Tasaki
P.O. Box 6007
Cypress, CA 90030

10. Panasonic Corporation of North America
C/O Yoshihiko (Yoshi) Yamada, CEO
1 Panasonic Way
Secaucus, NJ 07094

11. NEC Electronics America, Inc.
C/O Yuichi Kawakami
2880 Scott Blvd
Santa Clara, CA 95050-2554

12. NEC Electronics Corp
C/O Toshio Nakajima
1 Chase Manhattan Plaza, 40th Fl
New York, NY 10081

13. Samsung Electronics America
C/O Dong-Jim Oh
105 Challenger Rd
Ridgefield Park, NJ 07660

14. Sanyo North America Corp
C/O CSC - Lawyers Incorporating Service
PO Box 526036
Sacramento, CA 95852-6036

15. Sharp Electronics Corp
C/O Toshihiko Fujimoto, President
Sharp Plaza
Mahwah, NJ 07430

16. Sharp Corporation
C/O Katsuhiko Machida, President
One Sharp Plaza
Mahwah, NJ 07430

17. S-LCD Corp
C/O Brent Vincent Shelton, Reg. Agent
971 D, Somerset Ct.
Chula Vista, CA 91915

18. Sony Corp of America
C/O SCA Legal Department
550 Madison Ave., 27th Floor
New York, NY 10022

19. Sony Corporation
C/O Howard Stringer, CEO
550 Madison Ave., 27th Floor
New York, NY 10022

20. Sony Electronics, Inc.
C/O Ryoji Chubachi
16450 W. Bernardo St
San Diego, CA 92127

21. Syntax-Brillan Corp
C/O Vincent F. Sollitto, Jr.
1600 N. Desert Drive
Tempe, AZ 85281

22. Toshiba America, Inc.
C/O CT Corporation System
818 W-7th Street
Los Angeles, CA 90017

By: /s/ Thomas E. Towe
**THOMAS E. TOWE, ESQ.**
Towe, Ball, Enright, Mackey,
& Sommerfeld, PLLP
P. O. Box 30457
Billings, MT 59107-0457
(406) 248-7337/Fax-248-2647
towe@tbems.com
*Attorney for Plaintiffs.*