```
                                    FILED
                                    BILLINGS DIV.

                                    2007 MAY 7 AM 8 50

                                    PATRICK E. DUFFY, CLERK
```

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

_____
DEPUTY CLERK

| | |
|---|---|
| JOHN PULASKY, on behalf of himself and all other similarly situated in Montana,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORP., et al.,<br><br>Defendants. | Cause No. CV-07-32-RFC-CSO<br><br>**ORDER <u>GRANTING</u> MOTION TO DISMISS SONY CORPORATION, SONY CORPORATION OF AMERICA, & SONY ELECTRONICS, INC. FROM THE CASE** |

THE PLAINTIFF, JOHN PULASKY, having moved the Court to dismiss Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc. as Defendants in the above-entitled case, the parties having stipulated that these three Defendants may be dismissed without prejudice and that they have no further responsibility regarding this lawsuit, and good cause appearing;

IT IS HEREBY ORDERED that the Plaintiff's Motion is hereby GRANTED, and the Defendants Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc. are dismissed from the case without prejudice.

DATED this ___7th___ day of May 2007.

U.S. DISTRICT COURT JUDGE

By: _____
    Richard F. Cebull