CLOSED, MDL

# U.S. District Court
## District of Montana LIVE (Billings)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00032-RFC

| | |
|---|---|
| Pulasky v. AU Optronics Corp. et al | Date Filed: 02/28/2007 |
| Assigned to: Judge Richard F. Cebull | Date Terminated: 09/19/2007 |
| Cause: 15:25 Clayton Act | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**John Pulasky**
*on behalf of himself and all others similarly situated in Montana*

represented by **Thomas E. Towe**
TOWE BALL ENRIGHT MACKEY & SOMMERFELD
2525 Sixth Avenue North
P.O. Box 30457
Billings, MT 59107-0457
406-248-7337
Fax: 248-2647
Email: towe@tbems.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**CHI MEI Optoelectronics Co., Ltd.**

**Defendant**

**CHI MEI Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**
**Hannstar Display Corporation**

**Defendant**
**Hitachi, Ltd.**

**Defendant**
**Hitachi Displays, Ltd.**

**Defendant**
**Hitachi America, Ltd.**

**Defendant**
**Idtech Co., Ltd.**

**Defendant**
**Idtech USA, Inc.**

**Defendant**
**IPSA ALPHA Technology, Ltd.**

**Defendant**
**LG. Philips LCD Co., Ltd.**

**Defendant**
**LG Philips LCD America, Inc.**

**Defendant**
**Matsushita Electric Industrial Co., Ltd.**

**Defendant**
**Panasonic Corporation of North America**

**Defendant**
**Mitsubishi Electric Corporation**

**Defendant**
**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**
**NEC Electronics Corporation**

**Defendant**
**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**Samsung Electronics Company, Ltd.**

**Defendant**

**Samsung Electronics America**

**Defendant**

**Sanyo Electric Co., Ltd.**

**Defendant**

**Sanyo North America Corporation**

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America, Inc.**

**Defendant**

**Epson Electronics America, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

Sony Corporation
*TERMINATED: 05/07/2007*

**Defendant**

Sony Corporation of America
*TERMINATED: 05/07/2007*

**Defendant**

Sony Electronics, Inc.
*TERMINATED: 05/07/2007*

**Defendant**

**S-LCD Corporation**

**Defendant**

Syntax-Brillian Corp.

**Defendant**

Toshiba Corporation

**Defendant**

Toshiba America, Inc.

**Defendant**

Toshiba Matsushita Display Technology Co., Ltd.

**Defendant**

John Does 1-100

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 10041930.), filed by John Pulasky.(Towe, Thomas) (Entered: 02/28/2007) |
| 02/28/2007 |  | NOTICE REGARDING ELECTRONIC SIGNATURE/DATE: re 1 Complaint. The signature on this document does not comply with L.R. 11.1 (b) and section I(i) of the ECF Administrative Procedures Manual. This notice is for your information for future filings. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (SLN) (Entered: 02/28/2007) |
| 03/14/2007 | 2 | Mailing of Consent to a Magistrate as Presiding Judge. E-filed to counsel Thomas E. Towe; please print off the Consent/Objection to USMJ Form and mail it back to the Court by 4/16/2007. (HMM) (Entered: 03/14/2007) |
| 03/14/2007 | 3 | Letter mailed to the MDL Panel along w/ the docket sheet and Complaint filed in this case. (HMM) (Entered: 03/14/2007) |
| 03/22/2007 |  | Summons Issued as to Hitachi America, Ltd., LG Philips LCD America, Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, NEC Electronics America, Inc., Samsung Electronics America, Sanyo North America Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Sony Corporation, Sony Corporation of America, Sony Electronics, Inc., S-LCD Corporation, Syntax-Brillian Corp., Toshiba America, Inc., AU Optronics Corp., AU Optronics Corp. America, CHI MEI Optoelectronics USA, Inc. The original summons were issued and returned to Plaintiff's Attorney for service. (HMM) (Entered: 03/22/2007) |
| 05/01/2007 | 4 | SUMMONS Returned Executed by John Pulasky. Syntax-Brillian Corp. served on 4/24/2007, answer due 5/14/2007. (Towe, Thomas) (Entered: |

| | | |
|---|---|---|
| | | 05/01/2007) |
| 05/01/2007 | 5 | SUMMONS Returned Executed by John Pulasky. (Towe, Thomas) (Entered: 05/01/2007) |
| 05/03/2007 | 6 | MOTION to Dismiss *Sony Defendants* by John Pulasky. (Towe, Thomas) (Entered: 05/03/2007) |
| 05/07/2007 | 7 | ORDER granting 6 Motion to Dismiss Sony Corporation, Sony Corporation of America and Sony Electronics. Signed by Judge Richard F. Cebull on 5/7/2007. (CAA, ) (Entered: 05/07/2007) |
| 05/21/2007 | 8 | Conditional Transfer Order (MDL) from Northern District of California requesting transfer of action. Entire case file sent to requesting District consisting of Docket 1-7, docket sheet and transmittal ltr. (Attachments: # 1) (caa) (Entered: 05/24/2007) |
| 09/19/2007 | | Remark: Emailed separate PDF files of all documents and the docket sheet in this case to USDC Northern District of California, San Francisco, Calif. in response to their letter of request dated 9/14/07 which was received in the Missoula division clerk's office and forwarded to the Billings office. (jdh) (Entered: 09/19/2007) |
| 09/19/2007 | | Judge Carolyn S. Ostby no longer referred to this case. Case transferred to MDL Panel Judge. (SLN) (Entered: 09/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/27/2007 17:05:31 | | | |
| **PACER Login:** us4077 | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00032-RFC |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |